UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

PINCUS ORLANDER, et al.,          :

                Plaintiffs,    :    12 Civ. 4745 (HB)(HBP)

  -against-                       :    ORDER

JACQUELINE McKNIGHT, et al.,      :

                Defendants.    :

----------------------------------X

        PITMAN, United States Magistrate Judge:

        The parties having consented to proceeding before me for the purposes of obtaining an Infant Compromise Order pursuant to Local Civil Rule 83.2 (Docket Item 13), for the reasons stated during a digitally recorded telephone conference held on June 12, 2013, it is hereby ordered that plaintiffs shall make their motion in support of such an order by June 26, 2013. If defendants do not join in plaintiffs' motion, their response shall be served by no later than July 10, 2013. If necessary, plaintiffs shall serve their reply by no later than July 17, 2013.

Dated:  New York, New York
       June 12, 2013

                                      SO ORDERED

                                      _____
                                      HENRY PITMAN
                                      United States Magistrate Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/13

Copies transmitted to:

David J. Lansner, Esq.
Carolyn A. Kubitschek, Esq.
Lansner & Kubitschek
325 Broadway, Suite 201
New York, New York  10007

David A. Rosinus, Jr., Esq.
New York City Law Department
100 Church Street
New York, New York  10007