UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PINCUS ORLANDER and CHANIE ORLANDER,
individually and on behalf of their minor children
T.O., H.O., S.O., M.O., Z.O., and D.O.,

                              Plaintiffs,

    -against-

JACQUELINE McKNIGHT, individually and as borough
commissioner, RODNEY JACKSON, individually and as
deputy director, WILLIAM FLETCHER, individually
and as first deputy director, DOMINIQUE LUBIN,
individually and as supervisor, LAKEASHA WILLIAMS,
individually and as caseworker, RONALD RICHTER,
as Commissioner, and CITY OF NEW YORK,

                              Defendants.
-----------------------------------------------------------------X

12 Civ. 4745 (HB) (HP)

**NOTICE OF MOTION**

C O U N S E L:

        PLEASE TAKE NOTICE that upon the annexed declarations of plaintiff Pincus Orlander, plaintiff Chanie Orlander, and Carolyn A. Kubitschek, and upon the proceedings heretofore had herein, plaintiffs will make a motion before this Court., Hon. Henry Pittman, presiding, at the courthouse located at 500 Pearl Street, New York, New York, at a date and time selected by the Court, for an order:

        1. Approving the stipulation of settlement of the above-entitled matter; and

        2. Approving the proposed Infant Compromise; and

        3. Granting such other and further relief as may be deemed just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers, if any must be filed on or before July 10, 2013, by order of this Court.

Dated: New York, NY
June 26, 2013

*Carolyn A. Kubitschek*
Carolyn A. Kubitschek
Lansner & Kubitschek
Attorneys for Plaintiffs
325 Broadway, Suite 203
New York, NY 10007
212-349-0900
ckubitschek@Lanskub.com

To:
D. Alan Rosinus, Esq.
New York City Law Department
Attorney for Defendants
100 Church Street
New York, NY 10007
(212) 356-0877
arosinus@law.nyc.gov